**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 19-00064-KD |
| AARON RUDOLPH | : |

**REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY**

The Defendant, Aaron Rudolph, by consent, has appeared before the undersigned pursuant to Rule 11 of the Federal Rules of Criminal Procedure, and has entered a plea of guilty to **Counts One and Four** of the Indictment charging a violation of Title 18 U.S.C. § 371, Conspiracy to Commit Bank Robbery, and Title 18 U.S.C. § 924(c)(1)(A)(ii), Brandishing a Firearm During and in Relation to a Crime of Violence.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, the Court determined that the guilty plea was knowledgeable and voluntary, and the offenses charged are supported by an independent basis in fact as to each of the essential elements of each offense.  The Court therefore recommends that the plea of guilty be accepted and that Defendant Aaron Rudolph be adjudged guilty and have sentence imposed accordingly.

DONE and ORDERED this 1st day of March, 2021.

s/P. BRADLEY MURRAY
UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions.  A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation.  See 11th Cir. R. 3-1.