IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 19-00064-KD |
| AARON RUDOLPH | : |

### ACCEPTANCE OF GUILTY PLEA
### AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 33) and without any objection having been filed by the parties, Defendant Aaron Rudolph's plea of guilty to Counts One and Four of the Indictment is now accepted, and Defendant is adjudged guilty of such offense.

The sentencing hearing is scheduled for **May 28, 2021, at 9:00 a.m**. in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

The United States Marshal is directed to produce Defendant Rudolph for the sentencing hearing.

**DONE and ORDERED** this the 19th day of March 2021.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE